# United States Court of Appeals
## For the First Circuit

---

No. 12-1085

DAVID HANNINGTON,

Plaintiff, Appellee,

v.

SUN LIFE AND HEALTH INSURANCE COMPANY,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on March 29, 2013, is amended as follows:

On the coversheet below "<u>Gisele M. Nadeau</u> for Appellee." insert "<u>John S. Koppel</u>, with whom <u>Michael Jay Singer</u>, <u>Stuart F. Delery</u>, Principal Deputy Assistant Attorney General, U.S. Department of Justice, <u>Will A. Gunn</u>, General Counsel, <u>Richard J. Hipolit</u>, Assistant General Counsel, and <u>Joshua P. Mayer</u>, Attorney, Department of Veterans Affairs, were on brief, for Amicus Curiae United States of America.